UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| | |
|---|---|
| **LEANCODE INC DBA PLUGABLE TECHNOLOGIES**<br><br>                 **Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br><br>                 **Defendant.** | **S U M M O N S**<br><br>Court No. **26-01007** |

**TO:** The Attorney General and the Secretary of Homeland Security:

      **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



                                         **/s/ Gina Justice**
                                         Clerk of the Court

**PROTEST**

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 2704 | Center (if known): | CEE007 |
| Protest Number: | 270424169122 | Date Protest Filed: | 01/16/2024 |
| Importer: | LEANCODE INC. DBA PLUGABLE TECHNOLOGIES | Date Protest Denied: | 09/18/2025 |
| Category of Merchandise: | HDMI Adapters & Docking Stations | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| CHQ09609308 | 9/7/2022 | 10/27/2023 | CHQ09804685 | 10/24/2022 | 10/27/2023 |
| CHQ09628381 | 9/13/2022 | 10/27/2023 | CHQ09880446 | 11/16/2022 | 11/3/2023 |
| CHQ09671407 | 9/21/2022 | 10/27/2023 | CHQ09889546 | 11/14/2022 | 10/27/2023 |
| CHQ09718224 | 10/2/2022 | 10/27/2023 | | | |

> Jason M. Kenner
> Sandler, Travis & Rosenberg, P.A.
> 286 Madison Avenue, Suite 1200
> New York, New York 10017
> (212) 549-0137
> jkenner@strtrade.com

                          Name, Firm, Address**,** Telephone Number
                          and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| **Appraised Value of Merchandise** | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| **Classification, Rate or Amount** | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| HDMI Adapters & Docking Stations | 8471.80.1000 and 9903.88.03 | Free 25% | 8517.62.0090 and 9903.88.15 | Free 7.5% |

| **Other** |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| Classification and rate of duty assessed at liquidation. |

| The issue which was common to all such denied protests: |
|---|
| Classification and rate of duty assessed at liquidation. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/Jason M. Kenner
_____
*Signature of Plaintiff's Attorney*

2/13/2026
_____
*Date*